Robert A. Johnson (RJ-6553)
Christopher F. Schulten (CS-7320)
Ryan J. Donohue (RD-0627)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone (212) 872-1000

*Attorneys for Plaintiff*
*Getty Petroleum Marketing Inc.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GETTY PETROLEUM MARKETING INC.,

    Plaintiff,

– against –

NEW ATLANTIS ACQUISITION I LLC,
ATLANTIS PETROLEUM, LLC, and FIRST
AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

------------------------------------------------------------x

08 CV 6176 (JGK)

**ORDER AND STIPULATION EXTENDING TIME**

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for Plaintiff Getty Petroleum Marketing Inc. and Defendants New Atlantis Acquisition I LLC and Atlantis Petroleum, LLC (collectively, the "Atlantis Defendants")[1], that the time for Plaintiff to file an opposition to or otherwise respond to the Atlantis Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure in the above-captioned matter, originally due by August 14, 2008, be and hereby is extended to and including September 15, 2008. No other request for an extension of time has been made in this action.

---

[1] Defendant First American Title Insurance Company has not appeared in the above-captioned matter.

Dated:    New York, New York
          August 12, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Robert A. Johnson
Christopher I. Schulten
Ryan J. Donohue
590 Madison Avenue
New York, New York 10022
Telephone (212) 872-1000
rajohnson@akingump.com
cschulten@akingump.com
rdonohue@akingump.com

*Attorneys for Plaintiff*
*Getty Petroleum Marketing Inc*

STEVENS & LEE, P.C.

By: _Bradley Mitchell_ /CTS
Bradley L. Mitchell
485 Madison Avenue – 20th Floor
New York, NY 10022
blm@stevenslee.com

Joseph E. Wolfson
620 Freedom Business Center, Suite 200
P.O. Box 62330
King of Prussia, PA 19406
jw@stevenslee.com

*Attorneys for Defendants*
*New Atlantis Acquisition I LLC and*
*Atlantis Petroleum, LLC*

SO ORDERED:  8/18, 2008

_____
U.S.D.J.