UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GETTY PETROLEUM MARKETING, INC.,

                Plaintiff(s),

      -against-

NEW ATLANTIS CORPORATION, et al.,
                Defendant(s),
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

08 civ 6176 (JGK)

**ORDER**

    A motion to dismiss was filed on July 31, 2008.

    The plaintiff shall serve and file papers in response to the motion by **September 3, 2008.**

    The defendant shall serve and file any reply papers by **September 17, 2008.**

    The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                      _____
                                      RI~~CHARD J. SULLIVAN~~ JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August ~~13~~ 19, 2008
                                                            8/18/08